UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILED | |
| September 28, 2012 | |
| CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | |
| DEPUTY CLERK | |

UNITED STATES OF AMERICA, )
 )  Case No. 2:12-mj-00247-EFB
          Plaintiff,  )
v.  )
 )  ORDER FOR RELEASE OF
EVAN W. MACE,  )  PERSON IN CUSTODY
          Defendant.  )
 )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release EVAN W. MACE, Case No. 2:12-mj-00247-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  **X**   Release on Personal Recognizance

  ___   Bail Posted in the Sum of: $.

    ___   Co-Signed Unsecured Appearance Bond

    ___   Secured Appearance Bond

  **X**   (Other) Conditions as stated on the record.

  ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  9/28/2012  at  3:23 p.m.

By _____
    Edmund F. Brennan
    United States Magistrate Judge